# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ALI KHABEER                                                                   PLAINTIFF

v.                           4:21cv00876-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                 DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED this 10th day of May, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE